| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Webber, E. Richard | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>111 S. Tenth St., Suite 8 South<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Missouri State Judicial Retirement | $58,058.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. David C. Pratt | St. Louis Cardinals Baseball Tickets | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Savings Bonds | | None | J | T | | | | | |
| 2. Transamerica Life Ins. Co. | A | Dividend | K | T | | | | | |
| 3. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5. Lincoln Financial | A | Dividend | J | T | | | | | |
| 6. Penn Mutual Life Ins. | B | Dividend | | | Redeemed | 10/19/10 | K | C | |
| 7. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 8. Davis N.Y. Class C | A | Dividend | J | T | Sold (part) | 10/14/10 | J | B | |
| 9. Davis N.Y. Class C (same as line 8) | A | Dividend | J | T | | | | | |
| 10. Oppenheimer Global Class C | A | Dividend | J | T | Sold (part) | 10/31/10 | J | A | |
| 11. American Growth Fund - Class C | A | Dividend | J | T | | | | | |
| 12. Royal Alliance - Sun America Trust | C | Dividend | L | T | | | | | |
| 13. Federated Kaufmann small cap | A | Dividend | | | Sold | 10/21/10 | J | C | |
| 14. Federated Inter-Continental Fund C | A | Dividend | J | T | | | | | |
| 15. Oppenheimer Capital Income Fund | A | Dividend | J | T | Sold (part) | 10/06/10 | K | C | |
| 16. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 17. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and B4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Bank of Kirksville - CD | A | Interest | | | Sold | 10/20/10 | K | A | |
| 19. Bank of Kirksville - CD | A | Interest | | | Sold | 11/15/10 | J | A | |
| 20. Bank of Kirksville CD - 1/2 interest | A | Interest | | | Sold | 10/25/10 | J | A | |
| 21. Bank of Kirksville CD - 1/2 interest | A | Interest | | | Sold | 10/25/10 | J | A | |
| 22. Bank of Kirksville CDs - 1/2 interest | A | Interest | | | Sold | 10/25/10 | J | A | |
| 23. Franklin Templeton US Gov't Sec. Fund- Class A | B | Dividend | L | T | | | | | |
| 24. 1/2 interest in real estate / Scotland County, Missouri | C | Inheritance | M | W | | | | | |
| 25. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | Sold (part) | 10/10/10 | J | B | |
| 26. Federated Mid Cap Growth Strategies | A | Dividend | J | T | | | | | |
| 27. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 28. Condominium ▒▒▒▒ Camden County MO (See VIII) | D | Rent | M | W | | | | | |
| 29. Federated Stock and Muni Advantage Account (2nd) | A | Dividend | J | T | | | | | |
| 30. John Hancock Annuity | B | Dividend | K | T | | | | | |
| 31. Eaton Vance - Tax Managed Dividend Income Fund | A | Dividend | | | Sold | 01/04/10 | J | | |
| 32. Eaton Vance Tax Managed Equity Account (Class C) | A | Dividend | | | Sold | 01/04/10 | K | | |
| 33. Fidelity Advisory Mid Cap II | A | Dividend | | | Sold | 10/21/10 | J | | |
| 34. American Fund - Euro Pacific Growth Fund Class A | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Fund - Growth Fund of America | A | Dividend | J | T | Sold (part) | 10/25/10 | J | A | |
| 36. American Fund - Investment Co of America | A | Dividend | J | T | | | | | |
| 37. Prudential Jemerson Resources | A | Dividend | J | T | | | | | |
| 38. Thornburg International Value Fund C | A | Dividend | J | T | Sold (part) | 10/21/10 | J | A | |
| 39. Thornburg International Value Fund C | A | Dividend | J | T | Sold (part) | 11/02/10 | J | B | |
| 40. Thornburg International Value | A | Dividend | J | T | Buy | 11/02/10 | J | | |
| 41. Fidelity New Insights Fund Class C | A | Dividend | J | T | Buy | 11/02/10 | J | | |
| 42. Templeton Global Bond Fund | A | Interest | J | T | | | | | |
| 43. Fidelity Advisor New Insights Fund C | A | Dividend | | | Sold | 11/02/10 | J | A | |
| 44. Franklin Templeton Tax Free Mo Class A | A | Interest | K | T | Buy | 10/25/10 | K | | |
| 45. Franklin Templeton Tax Free Mo Class A | A | Interest | K | T | Buy | 08/09/10 | K | | |
| 46. Royal Alliance Roth IRA | C | Dividend | L | T | Buy | 12/30/10 | L | | |
| 47. Intel | A | Dividend | | | Buy | 05/10/10 | J | | |
| 48. Intel | A | Dividend | | | Sold | 06/23/10 | J | | |
| 49. Ford Motor Company | A | Dividend | J | T | Buy | 03/31/10 | J | | |
| 50. Bank of America | A | Dividend | | | Buy | 02/01/10 | J | | |
| 51. Bank of America | A | Dividend | | | Sold | 02/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Pfizer | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 53. Procter and Gamble | A | Dividend | J | T | Buy | 07/02/10 | J | | |
| 54. Legg Mason | A | Interest | K | T | Buy | 11/15/10 | K | | |
| 55. Bank of Kirksville CD | B | Interest | K | T | | | | | |
| 56. American Funds - Growth Fund of America #2 | A | Dividend | J | T | Buy | 12/31/10 | J | | |
| 57. Euro Pacific Growth Fund | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 58. Bank of Kirksville CDs - 1/2 Interest (grouped) (see VIII) | A | Interest | K | T | | | | | |
| 59. Thrift Savings Plan (see VIII) | C | Dividend | | | Sold | 12/13/10 | M | | |
| 60. Federated Missouri Tax Free Inc. Fund #1 | A | Interest | J | T | Buy | 02/28/10 | J | | |
| 61. Federated Missouri Tax Free Inc. Fund #2 | A | Interest | K | T | Buy | 08/04/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately twenty years ago, I and four other men purchased ▮▮▮▮▮▮ low productive land by each contributing ▮▮▮▮▮. It is used for hunting and farming. The annual income to me is around ▮▮▮▮. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

Section VII:

Line 28: This property was purchased in March, 2005, for $135,000 and was included on the appropriate report for that year. The property is located in Camden County, Missouri.

Line 59: The entire value of the Thrift Savings Plan was transferred to Traditonal IRA (See line 12). On December 30, 2010, one half of the Thrift Savings Plan was transferrred to Roth IRA (See line 46).

Line 58: Bank of Kirksville Certificates of Deposit that have not been sold have been renewed, and grouped together. No new Certificates of Deposit were acquired in 2010.

Bank of Kirskville - Farm account #1 - 1/2 interest, is a checking account which should not have been listed last year. It is removed this year.

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/05/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544